No. 2710. ASHE *v.* GLENN. November Term, 1890. In this case, notice of appeal was given in November, 1889. Notice was served upon one of the attorneys for appellant that if the appeal was not ready for a hearing on the call of the calendar of the Sixth Circuit, a motion would be made to dismiss the appeal. In the affidavit submitted in support of the motion, it was stated that appellant might be permitted to proceed informally in getting up the papers for the appeal, provided it was ready for a hearing at this term.   On December 4, 1890, the court passed an order granting the motion, and stated that the service of the notice of motion on one of the attorneys of the firm representing the appellant was sufficient, and that the oral agreements of counsel could not be considered.   *Hart & Hart*, for the motion. *W. B. McCaw*, contra.

No. 2713. DIAL *v.* DIAL. November Term, 1890   On the call of this case for a hearing, respondent's attorney called the attention of the court to the fact that appellant's points and authorities had not been filed three days before the hearing, as required by rule VIII., but had been filed only this morning. He therefore moved for a dismissal of the appeal under rule XI. After hearing argument pro and con, the motion was granted by a formal order PER CURIAM December 11, 1890.   *F. P. Mc-Gowan*, for the motion.   *N. B. Dial*, contra.

No. 2714. HILL *v.* SALINAS. November Term, 1890. On the call of this case for trial, respondent's attorney called the attention of the court to the fact that the points and authorities had not been on file for three days, as required by rule VIII., and he moved that the appeal be therefore dismissed under rule XI.   After hearing *Mr. C. C. Culp*, for the motion, and *Mr. J. C. Wallace*, contra, the court granted the motion by a formal order PER CURIAM December 12, 1890.